**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**JENIFFER ROSADO and DENNIS LOPEZ,**
individually and as parents and legal guardians
of minor **N.A.L.R.**

*Plaintiffs*

      v.

**BYHEART, INC,** a corporation;
**EXPECTING MODELS, INC,** a corporation;
and **LIZA ELLIOTT RAMIREZ,** an
individual.

*Defendants*

**Case No. 26-cv-20391-RKA**

## MOTION SEEKING LEAVE TO SERVE BY SUBSTITUTE SERVICE

**COME NOW** the plaintiffs, Jeniffer Rosado and Dennis Lopez, individually and as parents and legal guardians of minor N.A.L.R., by and through the undersigned counsel, and hereby move this Court for an Order permitting substitute service on Defendants Liza Elliott Ramirez and Expecting Models, Inc. In support thereof state as follows:

Despite diligent and repeated efforts, Plaintiffs have been unable to effectuate personal service on defendants. As reflected in the record, and the unexecuted returns of service, defendants appear to be evading service.

In its May 28, 2026 order, the Court granted Plaintiffs a final opportunity to either complete service or seek leave to effect substitute service by June 10, 2026. Plaintiffs now respectfully request leave of court to serve defendants through substituted service [ECF 23].

Plaintiffs attempted personal service on defendant Liza Elliott Ramirez on multiple occasions, including:

1. March 2, 2026 (first attempt);
2. March 16, 2026 (second attempt);
3. May 8, 2026 (third attempt);

4. May 12, 2026 (fourth attempt)
5. May 14, 2026 (fifth attempt); and
6. Skip Trace on April 24, 2026.

Plaintiffs likewise made repeated efforts to serve defendant Expecting Models, Inc., including service on its registered agent, Naidu & Associates., as follows:

1. March 2, 2026 (first attempt on Expecting Models, Inc.);
2. March 16, 2026 (second attempt on Expecting Models, Inc.);
3. May 8, 2026 (third attempt on registered agent);
4. May 12, 2026 (fourth attempt on registered agent); and
5. May 14, 2026 (fifth attempt on registered agent).

Despite these repeated efforts at different times and dates, service could not be effectuated. [ECF 20-21]. Accordingly, Plaintiffs have satisfied their obligation to exercise due diligence and now seek leave to effect substituted service.

**WHEREFORE**, plaintiffs, Jeniffer Rosado and Dennis Lopez, individually and as parents and legal guardians of minor N.A.L.R. respectfully request this Court (1) grant leave to effect substituted service on Defendants; (2) authorize service via the Secretary of State of Florida and (3) grant such further relief as the Court deems just and proper.

**CERTIFICATE OF CONFERRAL**: Pursuant to Local Rule 7.1(a)(3), counsel for the Plaintiffs certifies that they have made a reasonable and good-faith effort to confer with counsel for defendant ByHeart, Inc., who is not taking a position on this motion.

**I HEREBY CERTIFY** that, in accordance with Federal Rule of Civil Procedure 5, a true and correct copy of the foregoing has been furnished via CM/ECF to all parties who are not in default or their attorneys by way of their designated email addresses, this 4th day of June 2026.

**RESPECTFULLY SUBMITTED** on this 4th day of June, 2026.

**Manuel Alejandro Law Firm, LLC**
9555 SW 175 Ter, Office #239
Palmetto Bay, FL 33157

2

Tel: (786) 554-3145

*s/ Manuel Alejandro Franco*
Manuel Alejandro Franco, Esq.
Florida Bar No. 126443
USDCPR No. 302406
First Circuit No. 1171897
Manuel@AlejandroLaw.net

*s/ Catherine S. Aguilera*
Catherine S. Aguilera, Esq.
Florida Bar No. 1058417
Catherine@AlejandroLaw.net

3